**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Jessa Steele, | ) |
| | ) **AMENDED ORDER FOR MID-** |
| Plaintiff, | ) **DISCOVERY STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| Exxon Mobil Oil Corporation; XTO Energy, Inc., | ) |
| | ) |
| | ) Case No. 1:23-cv-133 |
| Defendant. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 20, 2024, at 9:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court