## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jessa Steele, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Exxon Mobil Oil Corporation; | ) | |
| XTO Energy, Inc., | ) | Case No. 1:23-cv-133 |
| | ) | |
| Defendant. | ) | |

On April 7, 2025, the Parties filed an Amended Scheduling/Discovery Plan. (Doc. No. 38). The court **ADOPTS** the Parties' Amended Scheduling/Discovery Plan. (Doc. No. 38). The pretrial deadlines shall be amended as follows:

(1) The deadline for filing discovery motions is 7/28/2025.

(2) The deadlines for exchanging complete expert witness reports are as follows:

9/1/2025 for plaintiff(s);

10/1/2025 for defendant(s); and

10/31/2025 for any rebuttal experts.

(3) The Parties shall have until 11/20/2025 to complete discovery depositions of expert witnesses.

(4) The deadline to file dispostive motions is 9/25/2025.

To ensure there is sufficient time to brief and consider any dispositive motions that may be filed, the court shall continue the final pretrial conference and trial. Accordingly, the final pretrial on December 30, 2025, shall be rescheduled for September 16, 2026, at 9:00 AM by telephone. To participate in the conference, the Parties should call (571) 353-2301 and enter 292466148 followed

by # when prompted to enter the "Call ID."  The jury trial on January 12, 2026, shall be rescheduled for September 28, 2026, at 9:00 AM by telephone in Bismarck (Eagle Courtroom).  A four (4) day trial is anticipated.

A mid-discovery status conference will be held June 20, 2025, at 9:00 AM by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

**IT IS SO ORDERED.**

Dated this 8th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court